## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOBY KATZ,<br><br>　　　　　　　　**Plaintiff,**<br>　　v.<br>MICHAEL GRASSO *et al.*,<br>　　　　　　　　**Defendants.** | CIVIL ACTION NO. 20-6320 |

## ORDER

**AND NOW,** this 3rd day of March 2022, upon consideration of the Motion to Dismiss Count IV of the Amended Complaint filed by Defendants Michael Grasso and GF 2014, L.P. [Doc. No. 11] and the Motion to Dismiss Claim Four of the Amended Complaint filed by Defendants Donna Grasso and Joseph Grasso [Doc. No. 12], it is hereby **ORDERED** that the motions are **GRANTED** and Count IV of the Amended Complaint is **DISMISSED with prejudice**. Defendants shall file answers to the remainder of the Amended Complaint within **14 days** of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**