IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TOBY KATZ**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**MICHAEL GRASSO,** *et al.*<br><br>      **Defendants.** | **CIVIL ACTION NO. 20-6320** |
| **TOBY KATZ**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**IRON HILL COMPANY,** *et al.*<br><br>      **Defendants.** | **CIVIL ACTION NO. 22-1012** |

## ORDER

**AND NOW,** this 6th day of March 2024, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 82, 22-cv-1012; Doc. No. 37, 20-cv-6320], and the responses and replies thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED**. Rachel Katz has 14 days to file for substitution or joinder as the named Plaintiff in this matter, after which if no such motion is filed, the Court will Sua Sponte reconsider its ruling herein. It is so **ORDERED**.

                                                **BY THE COURT:**

                                                /s/ Cynthia M. Rufe

                                                **CYNTHIA M. RUFE, J.**